## ATTACHMENT. 432

### DONNEGAN ET AL. v. ARMOUR ET AL.

1. DEFENSES NOT A COUNTERCLAIM OR SET-OFF.

In an attachment suit the defenses cannot be made that the attachment was a malicious prosecution, or that it was wrongful.

2. UNDISCHARGED ATTACHMENT.

A defense should show that the attachment has been terminated.

ERROR by defendant below.

Armour et al. sued Donnegan et al. for goods sent them to sell on commission, and procured an attachment which was executed, and remained undissolved and undischarged.

Donnegan et al. as a second defense, sought to recover for said attachment as a wrongful attachment, in the same suit, and

Third—For the same attachment as a malicious prosecution.

Held: 1. As to the third defense, that it was insufficient, not setting forth the termination of the attachment.

2. Again, it was not a proper counter-claim or set-off.

As to the second defense.

3. Held: First, not a counter-claim, as not connected with the subject of the action.

4. Second, it was no proper set-off, as not in existence at the beginning of the suit.

Hessenmueller & Gallup, for plaintiff in error.

Henderson, Kline & Tolles, for defendant in error.